AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| ANTHONY HINES | ) | 1:19 MJ 9183 |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

**FILED**
12:46 pm Jul 10 2019
Clerk U.S. District Court
Northern District of Ohio
Cleveland

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  7/9/2019  in the county of  Cuyahoga  in the  Northern  District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Secs. 846 & 841(a)(1), (b)(1)(A) | Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

DEA SA Andrew Nowling
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means.  Crim. Rules 4.1

Date: 07/10/2019

*Judge's signature*

City and state: Cleveland, Ohio

Magistrate Judge William H. Baughman, Jr.
*Printed name and title*